IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DWIGHT J. MITCHELL; and SUN )
VALLEY HOME FOR THE AGED )
) No. 3-13-0569
v. )
)
WILSON TAYLOR; TOMMY P. )
THOMPSON, JR.; MARY HOLDER; )
and GUARDIAN HOME CARE )
HOLDINGS, INC. )

O R D E R

By order entered October 30, 2013 (Docket Entry No. 19), the Honorable Aleta A. Trauger referred this case to the Magistrate Judge for case management, decision on all nondispositive motions and report and recommendation on dispositive motions.

However, by order entered November 14, 2013 (Docket Entry No. 31), this case was transferred and reassigned to the Honorable William J. Haynes, Jr. Chief Judge.

Because Chief Judge Haynes normally conducts his own case management and addresses nondispositive and dispositive motions without referral to the Magistrate Judge, the Clerk is directed to forward the file in this case to Chief Judge Haynes.[1]

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Pending are motions to dismiss filed by defendants Taylor, Thompson, and Holder (Docket Entry Nos. 18, 26, and 29), and the plaintiff's motion for appointment of counsel (Docket Entry No. 33)