UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DWIGHT J. MITCHELL and <br> SUN VALLEY HOME FOR THE AGED <br><br> Plaintiffs, <br><br> v. <br><br> WILSON TAYLOR, TOMMY P. THOMPSON, Jr., <br> MARY HOLDER, and GUARDIAN HOME <br> CARE HOLDINGS, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:13-cv-00569 <br> ) Judge Trauger <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT WILSON TAYLOR'S MOTION TO DISMISS

Defendant Wilson Taylor ("Taylor") moves the Court to dismiss Plaintiffs' Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure. The Court should dismiss this case as a matter of law for the reasons stated in the Memorandum of Law in Support of Defendant's Motion to Dismiss.

Respectfully submitted,

/s/ James A. DeLanis
James A. DeLanis (BPR #006057)
Henry E. Hildebrand, IV (BPR #32168)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
615-726-5600
jdelanis@bakerdonelson.com

*Attorney for Defendant Wilson Taylor*

[Handwritten annotation: In light of the Order permitting an amended complaint (DE 16, 53) that null supersede the original complaint, this motion is denied without prejudice to renew. The Defendant may incorporate by reference its earlier papers. /s/ [signature] 2-25-14]