IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

DWIGHT J. MITCHELL, and SUN )
VALLEY HOME for the AGED, )
)
Plaintiffs, )
) NO. 3:13-cv-00569
V. ) Traugher/Griffin
)
WILSON TAYLOR, TOMMY P. )
THOMPSON, JR., MARY HOLDER, )
And GUARDIAN HOME CARE )
HOLDINGS, INC., )
)
Defendants. )

*[Handwritten annotation: GRANTED. The motion is GRANTED, but given plaintiff's prior pro se status and her recent detention of counsel, the Order (Dkt No 45) is REAFFIRMED. Counsel for plaintiff has 20 days to submit a renewed case management order with descriptions and motion deadlines. [signature] 2-25-14]*

DEFENDANT THOMPSON'S MOTION TO RECONSIDER
COURT'S ORDER OF DECEMBER 5, 2013

On December 2, 2013, plaintiff Mitchell filed a motion to extend his time for responding to the defendants' motions to dismiss, and asked for a period of discovery. (Doc. 41, Motion to Extend, 12/2/13). On December 4, 2013, Mitchell filed his affidavit, alluding to documents that he claimed were "fraudulently concealed," that he was investigating, and that he thought might be material to his case. (Doc. 43, Affidavit, 12/4/13). On December 5, 2013, the Court granted Mitchell's motion and set a deadline for discovery on February 28, 2014, and a deadline for dispositive motions on March 28, 2014. (Doc. 45, Order (Margin), 12/5/13).

This action arises after operations of the Sun Valley Home for the Aged were suspended and residents removed by Order of the Board of Licensing Health Care Facilities. (*See* Doc. 13, First Amended Petition, ¶¶17-18, 10/8/13; Doc. 29-1, Order of Summary Suspension, Thompson